1

2

**MADE JS-6**

3

4

5

6

7

8

## UNITED STATES DISTRICT COURT

9

## CENTRAL DISTRICT OF CALIFORNIA

10

11  AMIR FAYAZRAD,                    )    CASE NO.: EDCV 10-884-GW(OPx)

12                                    )

13              *Plaintiff,*          )    **ORDER   DISMISSING   ACTION**
                                      )    **WITHOUT PREJUDICE**

14        vs.                         )

15                                    )

16  CHEVY CHASE BANK, et al.,         )
                                      )

17                                    )

18              *Defendants.*         )
                                      )

19  _____ )

20

21

22

23

24

25

26

27

28

1

GOOD CAUSE appearing therefore,

IT IS HEREBY ORDERED that the above-captioned action, which has not been certified as a class action, be and hereby is dismissed with prejudice as to plaintiffs' individual claims, and without prejudice as to the claims, if any, of any and all putative class members. The parties shall bear their own costs and attorneys' fees.

DATED: April 19, 2011

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT COURT JUDGE